NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.  Criminal Number  1:21-cr-678

Gregory Lamar Nix
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      [X] RETAINED      ☐ FEDERAL PUBLIC DEFENDER

/s/ Lindsey L. Davis
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Lindsey L. Davis 0236G14L
(Attorney & Bar ID Number)

Alabama Divorce & Criminal Lawyers, LLC
(Firm Name)

13521 Old Highway 280 Suite 141
(Street Address)

Birmingham,    AL    35242
(City)       (State)    (Zip)

205-981-2450
(Telephone Number)