UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE. NO. 21-CR-678-BAH |
| | : | |
| | : | |
| GREGORY NIX, | : | |
| | : | |
| **Defendants** | : | |

**JOINT STATUS REPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, by and with the consent of attorneys Lindsey Davis and Charles Haskell (collectively, "the Parties"), respectfully submit this joint status report and state as follows:

1. This Court directed the Parties to provide three proposed trial dates and a proposed motions schedule, so that the Court may set a trial schedule at or before the October 21, 2022 status conference in this matter. The Court directed the Parties to inform the Court of proposed trial dates and a motions schedule by noon on October 19, 2022.

2. The Parties have reached a plea agreement in this case and will provide a copy of the plea agreement to chambers.

3. Accordingly, the Parties request that the October 21, 2022 status conference be vacated, and that the Court schedule a change of plea hearing in this matter.

4. The Parties have conferred as to amenable dates for the change of plea hearing, and the Parties respectfully request that this Court schedule a change of plea hearing on November 30, 2022, or in the alternative, December 6, 2022, or December 8, 2022.

5. The Parties have also agreed, and jointly request the Court to exclude related time

from the Speedy Trial Act for 60 days from the date of this filing.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052


        */s/ Christopher M. Cook*
        CHRISTOPHER M. COOK
        Assistant U.S. Attorney (detailed)
        700 Grant Street, Suite 4000
        Pittsburgh, Pennsylvania 15219
        christopher.cook5@usdoj.gov
        KS ID No. 23860


        */s/ Lindsey Davis*
        LINDSEY DAVIS
        Counsel for the Defendant
        13521 Old Highway 280, Suite 141
        Birmingham, AL 35242
        202-981-2450


        */s/ Charles Hasekll*
        CHARLES HASKELL
        Counsel for the Defendant