UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>            v.                                        )           No.     21-CR-678 BAH<br> GREGORY LAMAR NIX,              )<br>                                                          )<br>            Defendant.                       )<br>                                                          ) | |

**RESPONSE TO MINUTE ORDER REGARDING VIDEO EXHIBIT RELEASE**

The Defendant, by and through his attorney, Lindsey L. Davis, hereby responds to the Court's December 11, 2022 Minute Order, directing the parties to respond to whether video evidence in the above-captioned case may be made publicly available without restriction. The Defendant is opposed to the videos submitted to this Court being made publicly available without restriction at this time. There is a protective order currently in place regarding discovery in the above-captioned case. *See* Minute Order Granting Motion for Protective Order entered 12/2/2021.

Video evidence being made publicly available without restriction is premature at this stage. In the present case, the video evidence has not yet been submitted, Defendant's plea hearing has not been conducted, and sentencing has not yet been scheduled. The Defendant respectfully requests this Court to hold the issue of disclosure of video evidence in abeyance until sentencing in this matter. In addition, pursuant to the procedure outlined by this Court in Standing Order 21-28 (BAH), no known application for access to video exhibits has been filed. *See* Standing Order 21-28 (BAH), at 5-6.

The D.C. Circuit has consistently employed the six-factor "Hubbard test" [1] when determining whether the common-law right of access to judicial records requires those records to be made available to the public for copying and inspection. At this stage of the present case, the Court is unable to weigh all factors of the Hubbard test because some factors are presently unknown. Specifically, "(6) the purposes for which the documents were introduced during the judicial proceedings." *Leopold v. United States*, 964 F. 3d 1121, 1131 (D.C. Cir. 2020)(quoting *Metlife, Inc. v. Fin. Stability Oversight Council*, 865 F. 3d 661, 665 (D.C. Cir. 2017). Currently, any release of video evidence without restriction poses a threat of prejudice to the Defendant's proceedings.

Respectfully submitted this the 13th day of December, 2022.

/s/ Lindsey Davis
LINDSEY DAVIS
Alabama Divorce & Criminal Lawyers, LLC
13521 Old Highway 280, Suite 141
Birmingham, AL 35242
(205) 981-2450

**/s/ *Charles Haskell***
CHARLES HASKELL
The Law Offices of Charles R. Haskell, Esq.
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Charles@CharlesHaskell.com

---

[1] The Hubbard test balances the following factors: "(1) the need for public access to the documents at issue; (2) the extent of previous public access to the documents; (3) the fact that someone has objected to disclosure, and the identity of that person; (4) the strength of any property and privacy interests asserted; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced during the judicial proceedings." *Leopold v. United States*, 964 F. 3d 1121, 1131 (D.C. Cir. 2020)(quoting *Metlife, Inc. v. Fin. Stability Oversight Council*, 865 F. 3d 661, 665 (D.C. Cir. 2017).

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Dated:     December 13, 2022          /s/ Charles R. Haskell
                                                    Charles R. Haskell
                                                    DC Bar No.: 888304007
                                                    641 Indiana Ave. NW
                                                    Washington, DC 20004
                                                    Tel. (202) 888-2728
                                                    Charles@CharlesHaskell.com