UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-cr-678 (BAH) |
| v. | : | |
| | : | |
| GREGORY NIX, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S REPORT ON VIDEO EVIDENCE TO SUPPORT FACTUAL BASIS FOR DEFENDANT'S PLEA

The United States of America, through the undersigned, hereby submits this report pursuant the Court's Minute Order issued on December 11, 2022, requiring the United States to (1) submit to the Court a report on the length and source(s) of any video relied on in the Statement of Offense ("SOF") which provides the factual basis for Defendant Nix's change of plea; and (2) make such video evidence available for the Court's review. The following exhibits are videos which were provided to the Court via USAFX on December 14, 2022. The United States has no objection to the video evidence being made publicly available without restriction. It is anticipated that these exhibits will be offered into evidence during the sentencing hearing for this Defendant. Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The proposed video exhibits are as follows:

1. Government Exhibit A is approximately 23 minutes of footage from a closed-circuit television camera at an entrance to the U.S. Capitol Building. The events depicted in the exhibit occurred at the U.S. Capitol on January 6, 2021.

2. Government Exhibit B is 0:31 of footage from an open-source video. The events depicted in the exhibit occurred at the U.S. Capitol on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

*/s/ Christopher Cook*
CHRISTOPHER COOK
KS Bar No. 23860
Assistant United States Attorney (Detailed)
601 D. Street NW
Washington, D.C. 20530
412-327-3487
Christopher.cook5@usdoj.gov