## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **CASE NOS: 21-CR-678 BAH** |
| ) | |
| **GREGORY LAMAR NIX.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### MOTION TO WITHDRAW

**COMES NOW**, Counsel for Defendant, Lindsey L. Davis, and files this Motion to Withdraw as Counsel for the Defendant. As grounds therefore, Counsel for Defendant respectfully states the following:

1. The Defendant retained the services of Alabama Divorce & Criminal Lawyers, LLC for representation in the above referenced case.

2. Undersigned Counsel is no longer employed by Alabama Divorce & Criminal Lawyers, LLC.

3. Counsel for Defendant has begun new employment and will no longer be primarily practicing criminal law. Continued representation in this matter poses a conflict with Counsel's employment and the same was communicated to the Defendant.

4. Pursuant to the District of Columbia Rules of Professional Conduct and District of Columbia Bar Association Ethics Opinion 273, notice was provided to the Defendant regarding Counsel's departure and the Defendant has elected to remain with Alabama Divorce & Criminal Lawyers, LLC for representation in this matter. The Defendant has communicated his termination of representation with undersigned Counsel by indicating his intent to remain with Alabama Divorce & Criminal Lawyers, LLC in light of Counsel's departure from the firm.

5. Undersigned Counsel has communicated her filing of this Motion to Withdraw with the Defendant. The Defendant is aware of, and consents to, undersigned Counsel's withdrawal from this matter.

6. Additional Counsel from Alabama Divorce & Criminal Lawyers, LLC has indicated they will be making a Pro Hac Vice Application and filing a Notice of Appearance in this matter. Additional Counsel from Alabama Divorce & Criminal Lawyers, LLC was also present for the Defendant's plea hearing on December 16, 2023.

7. Additional Counsel from Alabama Divorce & Criminal Lawyers, LLC is aware of upcoming deadlines and the currently scheduled Sentencing date of June 2, 2023.

8. Undersigned counsel has communicated with local counsel regarding the filing of this Motion. Local counsel objects due to additional counsel's admittance not yet being completed.

9. Undersigned Counsel's continued representation will result in an unreasonable financial burden on undersigned as she is not retained and has been discharged by the Defendant. This matter requires significant time and attention, coupled with travel outside of undersigned Counsel's home jurisdiction.

10. It is within the best interests of the parties, that counsel be withdrawn from this matter.

*/s/ Lindsey Davis*
LINDSEY DAVIS
Formerly of:
Alabama Divorce & Criminal Lawyers, LLC
13521 Old Highway 280, Suite 141
Birmingham, AL 35242
(205) 981-2450

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2023 I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

*/s/ Lindsey Davis*_____
LINDSEY DAVIS
Formerly of:
Alabama Divorce & Criminal Lawyers, LLC
13521 Old Highway 280, Suite 141
Birmingham, AL 35242
(205) 981-2450