**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  1:21-CR-678

GREGORY LAMAR NIX

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Richard C. Perry 6053H38P

*(Attorney & Bar ID Number)*

Alabama Divorce and Criminal Lawyers, LLC

*(Firm Name)*

13521 Old Highway 280, Suite 141

*(Street Address)*

Birmingham,     AL     35242

*(City)     (State)     (Zip)*

205-981-2450

*(Telephone Number)*